**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Shawn Patrick SWEENEY, Defendant-Appellant.**

No. 16-3337

United States Court of Appeals, Eighth Circuit.

Submitted: November 30, 2016

Filed: December 8, 2016

John E. Beamer, Assistant U.S. Attorney, U.S. Attorney's Office, Des Moines, IA, for Plaintiff-Appellee

Bernard John Burns, III, Assistant Federal Public Defender, Federal Public Defender's Office, Southern District of Iowa, Des Moines, IA, Defendant-Appellant

Shawn Patrick Sweeney, Pro Se

Before COLLOTON, MURPHY, and GRUENDER, Circuit Judges.

PER CURIAM.

Shawn Sweeney directly appeals the sentence the district court [1] imposed upon revoking his supervised release. His revocation sentence is composed of six months in prison and thirty-six months of supervised release. On appeal, Sweeney argues that the sentence is unreasonable. In addition, his counsel has moved for leave to withdraw.

Reviewing Sweeney's revocation sentence for an abuse of discretion, see United States v. Hum, 766 F.3d 925, 927 (8th Cir. 2014) (per curiam), we conclude that the sentence is not unreasonable, as both the prison term and the supervised-release term are within statutory limitations, and the prison term is within the applicable advisory Guidelines range, see United States v. Petreikis, 551 F.3d 822, 824 (8th Cir. 2009). We affirm the judgment, and we grant counsel's motion to withdraw.

---

1. The Honorable Rebecca Ebinger, United States District Judge for the Southern District of Iowa.